UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA MARIE PUGH,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KEITH DEVOS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:24-cv-05376-DGE-DWC<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This action filed pursuant to 42 U.S.C. § 1983 has been referred to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff Lisa Marie Pugh's Motion for an Extension of Time to cure filing deficiencies.[1] Dkt. 4. Plaintiff reports difficulty in obtaining necessary documents to demonstrate financial eligibility for proceeding *in forma pauperis* and requests an additional thirty (30) days to obtain and file those documents.

---

[1] Because principles of judicial economy and fairness favor an expeditious resolution to this matter, the Court considers the instant Motion before the noting date.

ORDER ON MOTION FOR EXTENSION OF
TIME - 1

1   The Court finds Plaintiff has shown good cause for an extension and grants the Motion.
2   The new deadline for Plaintiff to cure all filing deficiencies identified by the Clerk of Court (*see*
3   Dkt. 2) is July 17, 2024.
4   Dated this 14th day of June, 2024.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 2