UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA MARIE PUGH,<br><br>       Plaintiff,<br>  v.<br><br>KEITH DEVOS, *et al*.,<br><br>       Defendants. | CASE NO. 3:24-cv-05376-DGE-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: August 19, 2024 |

  The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Lisa Marie Pugh, proceeding *pro* se, initiated this action by filing a proposed civil right complaint on May 15, 2024. Dkt. 1. However, Plaintiff did not pay the $405.00 filing fee or apply to proceed *in forma pauperis* ("IFP") at that time. So, the Clerk of Court mailed Plaintiff a notice of these filing deficiencies. Dkt. 2. Plaintiff was advised that the filing deficiencies must be cured by June 17, 2024, and that failure to do so could result in dismissal of this action. *Id.*

  On June 12, 2024, Plaintiff requested an extension of time to submit an IFP application, claiming difficulty in collecting the necessary documents. Dkt. 4. The Court granted Plaintiff's request and advised that the new deadline to cure all filing deficiencies was July 17, 2024. Dkt.

REPORT AND RECOMMENDATION- 1

5. This extended deadline has now elapsed, and no additional filings have been received from Plaintiff. Accordingly, the undersigned recommends this action be dismissed without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on August 19, 2024, as noted in the caption.

Dated this 2nd day of August, 2024.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2