UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA MARIE PUGH,<br><br>                 Plaintiff,<br>    v.<br><br>KEITH DEVOS et al.,<br><br>                 Defendant. | CASE NO. 3:24-cv-05376-DGE-DWC<br><br>MINUTE ORDER |

On August 2, 2024, United States Magistrate Judge David W. Christel issued a Report and Recommendation advising that the above-captioned case be dismissed without prejudice for failure to prosecute, as Plaintiff Lisa Marie Pugh had failed to pay the filing fee or apply to proceed *in forma pauperis* ("IFP"). (Dkt. No. 6 at 1). Plaintiff did not file written objections to the Report, but instead filed an IFP application on August 9, 2024. (Dkt. No. 8). In light of Plaintiff's filing an IFP application, the court declines to adopt the Report and Recommendation

MINUTE ORDER - 1

1  (Dkt. No. 6) and re-refers this matter to Magistrate Judge Christel for review

2  and recommendation.

3      Dated this 19th day of August, 2024.

4      The forgoing Minute Order is authorized by the Honorable David G. Estudillo, United

5  States District Judge.

MINUTE ORDER - 2