UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA MARIE PUGH,

                Plaintiff,

    v.

KEITH DEVOS, et al.,

               Defendants.

CASE NO. 3:24-cv-05376-DGE-DWC

ORDER ON MOTION FOR EXTENSION

This action filed pursuant to 42 U.S.C. § 1983 has been referred to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff Lisa Marie Pugh's Motion for an Extension of Time to show cause with regard to her ability to pay the filing fee in this action and to file an amended complaint.[1] Dkt. 4. Initially, the Court granted Plaintiff thirty days of leave to accomplish the stated tasks. Dkt. 12. In the instant Motion, Plaintiff describes circumstances that prevented her from meeting the original deadline and explains she will soon

---

[1] Because principles of judicial economy and fairness favor an expeditious resolution to this matter, the Court considers the instant Motion before the noting date.

ORDER ON MOTION FOR EXTENSION - 1

gain access to accommodations that will enable her to prosecute this case; Plaintiff requests an additional three months to show cause and to submit an amended complaint. Dkt. 4.

The Court finds Plaintiff has shown good cause for an extension and grants the Motion. However, as this action has already been pending for five months yet remains in the very early stages of litigation, Plaintiff is advised that no further extensions will be granted. The new deadline for Plaintiff to show cause and to submit an amended complaint is December 31, 2024. Failure to accomplish either task by that date will result in a recommendation of dismissal.

The Clerk of Court is directed to renote the IFP Motion for Consideration on December 31, 2024, and to send Plaintiff a copy of the August 29, 2024 Order to show cause (Dkt. 12) along with a copy of this Order.

Dated this 15th day of October, 2024.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION - 2